# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VICTOR SIMMONS

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE THROUGH
THE DEPARTMENT OF PUBLIC
WORKS, AND THE BATON ROUGE
WATER WORKS COMPANY

NO.  2020 CW 1259

MARCH 02, 2021

---

In Re:    The Baton Rouge Water Works Company, applying for ˙
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 662845.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6) and (10). Relator, Baton Rouge Water Works Company, failed to include a signed copy of the judgment or ruling complained of or a copy of the pertinent court minutes. Additionally, the writ application does not contain a transcript of the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(D)(4).

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before April 6, 2021 and must contain a copy of this ruling.

JMG<br>
PMc<br>
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT